Prob 19
EDTN78 (6/2000)

# United States District Court
## for the
## EASTERN DISTRICT OF TENNESSEE

FILED MAR 19 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

RECEIVED BY: HW
DATE: 7-10-23  TIME: 1045
U.S. MARSHAL E/TN
KNOXVILLE, TN

U.S.A. vs. Willie Holmes    Docket No. 3:14-CR-00021-001

TO: [1]**Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |

| NAME OF SUBJECT | SEX | RACE | AGE | Marshal # |
|---|---|---|---|---|
| **Willie Holmes** | Male | Black or African American | 38 | 47500-074 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| Motel 6<br>701 Stewarts Ferry Pike<br>Nashville TN 37214<br>(Last Known) |

| SENTENCE IMPOSED BY (NAME OF COURT) |
|---|
| United States District Court<br>Eastern District of Tennessee at Knoxville |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| LeAnna R. Wilson | [signature] | 7/7/2023 |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED 7/10/23 | DATE EXECUTED 3/18/24 |
| EXECUTING AGENCY (NAME AND ADDRESS) USMS/Knoxville | | |
| NAME E. Cheatham | (BY) E. Cheatham | DATE 03/18/2024 |

FID: 9513021
2374-0710-1104-D